Prob 35
(12/98)

Report and Order Terminating

Supervised Release
Prior to Original Expiration Date

# United States District Court
FOR THE

Southern District of Illinois

FILED
NOV 15 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA

v.

Crim. No. 0754 4:00CR40102 003

UVON TABORN

On June 6, 2001, the above named defendant was sentenced to 78 months of imprisonment, followed by a five year term of supervised release. On September 15, 2003 the offender was released from confinement and began supervision. Inasmuch as the offender has satisfied or complied with all conditions and is no longer in need of supervision, it is accordingly recommended that be discharged from supervised release.

Respectfully submitted,

Stephanie L. Sherman
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 15th day of November, 2005.

J. Phil Gilbert
United States District Judge